IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TMCI INC. and MOSTAFA MAHMOUD AHMED ABD EL RAHMAN, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TRACY RENAUD, *Acting Director of U.S. Citizenship and Immigration Services*; GREGORY A. RICHARDSON, *Director, USCIS Texas Service Center*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-CV-0876-C |

## ORDER

On this day, the Court considered Plaintiffs' Voluntary Dismissal without Prejudice, filed November 9, 2021, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

Dated November 10, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE