IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TMCI INC. and MOSTAFA MAHMOUD AHMED ABD EL RAHMAN,        )<br>)<br>)<br>         Plaintiffs,        )<br>)<br>v.        )<br>)<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TRACY RENAUD, *Acting Director of U.S. Citizenship and Immigration Services*; GREGORY A. RICHARDSON, *Director, USCIS Texas Service Center*,        )<br>)<br>)<br>)<br>)<br>)<br>)<br>         Defendants.        ) | Civil Action No. 3:21-CV-0876-C |

**JUDGMENT**

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.

SIGNED this 10th day of November, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE